Case 1:22-cr-00322-DJC Document 3 Filed 12/08/22 Page 1 of 2

SEALED

FILED
Dec 08, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-cr-00322-ADA-BAM |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| ELEUTERIO AVALOS, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 8, 2022, charging the above defendant with a violation of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail,

/ / /

/ / /

/ / /

/ / /

that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: December 8, 2022  Respectfully submitted,

          PHILLIP A. TALBERT
         United States Attorney

By   /s/ Stephanie M. Stokman
     STEPHANIE M. STOKMAN
     Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  December 8, 2022

~~SHEILA K. OBERTO~~
U.S. Magistrate Judge

**Erica P. Grosjean, U.S. Magistrate Judge**