IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



**FILED**
Jan 13, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO. 1:22-CR-00322-ADA-BAM |
| v. | ORDER TO UNSEAL INDICTMENT |
| ELEUTERIO AVALOS, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on December 8, 2022, be unsealed and become public record.

DATED: __Jan 13, 2023__

_____
HON. ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE